Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Joseph R. Racanelli | ) ) ) |
| Plaintiff | ) ) ) |
| vs. | ) Case Number: 17-4124 ) |
| James Dimas, Gregg Scott, Shan Jumper, Sharlene Caraway, Krista Wilcoxen, Herbert Caskey, Liberty Healthcare Corporation | ) ) ) ) |

Defendant

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.


☒ **DECISION BY THE COURT**.   This action came before the Court and a decision has been rendered.


    **IT IS ORDERED AND ADJUDGED** that this case is dismissed WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b), Rule 16(f), Rule 37(b) and for failure to comply with this Court's Orders.


**Dated: 3/2/2018**


                                                    s/ Kenneth A. Wells
                                                    Kenneth A. Wells
                                                    Clerk, U.S. District Court


Approved 3/2/18
/s/ HAB